```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 07/31/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Y.F., individually and on behalf of K.H., a minor,
       Plaintiff,       **14 CIVIL** 6322 (LGS)

   -against-           **JUDGMENT**

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,
       Defendant.
------------------------------------------------------------X

  Plaintiff having moved for summary judgment (Doc. #17) and Defendant having filed a cross-motion for summary judgment (Doc. #20), and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on July 31, 2015, having rendered its Opinion and Order (Doc. #24) denying Plaintiff's motion for summary judgment and granting Defendant's cross-motion for summary judgment; and directing the Clerk to close the motions at Docket Numbers 17 and 20, and to close the case, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2015, Plaintiff's motion for summary judgment is denied and Defendant's cross-motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
    July 31, 2015

                    **RUBY J. KRAJICK**
                    _____
                    **Clerk of Court**
           **BY:** *K. Mango*
                    _____
                    **Deputy Clerk**